IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORI M. KREIDER, :
:
       Plaintiff, :
: CIVIL ACTION
   v. :
: NO. 10-3205
DETECTIVE ROLAND W. BREAULT, :
UNITED STATES OF AMERICA, AND :
CITY OF LANCASTER, :
:
       Defendants. :
:
:

**ORDER**

**AND NOW**, this 12th day of January, 2012, upon careful consideration of the motion filed by the United States of America and Detective Roland W. Breault (document no. 21) and plaintiff Lori M. Kreider's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

    a.    With respect to Count I, the motion is **DENIED**.

    b.    With respect to Count III, the motion is **DENIED**.

    c.    With respect to Count IV of plaintiff's complaint, the motion is **GRANTED**. Judgment is entered in favor of the United States and against plaintiff on Count IV.

    d.    Trial in this matter is scheduled for March 12, 2012, at 10:00 a.m.

                                        /s/ William H. Yohn Jr., Judge
                                             William H. Yohn Jr., Judge