IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI M. KREIDER,<br><br>    Plaintiff,<br><br>  v.<br><br>DETECTIVE ROLAND W. BREAULT,<br>UNITED STATES OF AMERICA, and<br>CITY OF LANCASTER,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 10-3205 |

**ORDER**

  **AND NOW**, this 15th day of August, 2012, upon careful consideration of the motion filed by Detective Roland W. Breault (document no. 40), plaintiff Lori M. Kreider's opposition thereto, and Detective Breault's reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

  Trial in this matter is scheduled for January 7, 2013, at 10:00 a.m.

                    /s/ William H. Yohn Jr., Judge
                     William H. Yohn Jr., Judge