IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI M. KREIDER, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 10-3205 |
| DETECTIVE ROLAND W. BREAULT, UNITED STATES OF AMERICA, and CITY OF LANCASTER, | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 15th day of August, 2012, upon careful consideration of the motion filed by Detective Roland W. Breault (document no. 40), plaintiff Lori M. Kreider's opposition thereto, and Detective Breault's reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

Trial in this matter is scheduled for January 7, 2013, at 10:00 a.m.

                                                      /s/ William H. Yohn Jr., Judge
                                                      William H. Yohn Jr., Judge