# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LORI M. KREIDER | : |
|  | : CIVIL ACTION |
| v. | : |
|  | : NO. 10-cv-3205 |
| UNITED STATES OF AMERICA, ET AL. | : |

## ORDER

**AND NOW**, this 8th day of April, 2013, upon careful consideration of plaintiff's motion for reconsideration (Doc. No. 84), and defendants' opposition thereto, it is hereby **ORDERED** that the motion for reconsideration is **DENIED**.

s/ William H. Yohn Jr.
William H. Yohn Jr., Judge