# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI M. KREIDER | : <br> : <br> : <br> : CIVIL ACTION <br> v.                : <br> : NO. 10-cv-3205 <br> UNITED STATES OF AMERICA, <u>ET</u> <u>AL</u>.    : |

**ORDER**

**AND NOW**, this 8th day of April, 2013, upon careful consideration of plaintiff's motion for reconsideration (Doc. No. 84), and defendants' opposition thereto, it is hereby **ORDERED** that the motion for reconsideration is **DENIED**.

s/ William H. Yohn Jr.<br>
William H. Yohn Jr., Judge